UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS ANTONIO DIVISION

| | | |
|---|---|---|
| **ALBERT CASTILE,** | § | |
| | § | **CAUSE NO. 3:16-CV-1664** |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| **CONN APPLIANCES, INC.,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION TO ARBITRATION

Defendant Conn Appliances, Inc. ("Conn's"), and Plaintiff Albert Castile ("Plaintiff") (collectively, the "Parties") file this Stipulation to Arbitration and would show the Court as follows:

1. Plaintiff filed his Original Complaint June 21, 2016, alleging violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* in connection with Conn's attempt to collect on a debt.

2. Plaintiff purchased merchandise from Conn's in exchange for a promise of payment. The Parties memorialized the financing terms in a retail installment contract that Plaintiff signed. The retail installment contract contains an arbitration provision that covers all claims arising from Plaintiff's debt. Because the claims in Plaintiff's Complaint fall within the scope of this provision, the parties have agreed to move this case to arbitration.

IT IS THEREFORE **AGREED AND STIPULATED** as follows:

i. Plaintiff's claims are subject to binding arbitration.

ii. The parties request the Court order this action to arbitration and stay the proceedings pending completion of arbitration.

Dated:   August 4, 2016

Respectfully submitted,

| | |
|---|---|
| By: */s/ Michael A. Harvey* | By: */s/ Jenny DeFrancisco* |
| **Michael A. Harvey** | **Jenny DeFrancisco, Esq.** |
| State Bar No. 24058352 | CT Bar No.: 432383 |
| MUNSCH HARDT KOPF & HARR, P.C. | LEMBERG LAW, LLC |
| 700 Milam Street, Suite 2700 | 43 Danbury Road |
| Houston, Texas 77002 | Wilton, CT 06897 |
| Telephone:  (713) 222-4015 | Telephone: (203) 653-2250 |
| Facsimile:  (713) 222-5868 | Facsimile: (203) 653-3424 |
| E-mail: mharvey@munsch.com | E-mail: jdefrancisco@lemberglaw.com |
| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFF** |

**LOCAL COUNSEL:**

**James R. Ray**
Texas Bar No.: 11012380
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Fax: (214) 855-7584
Email:  jray@munsch.com


**OF COUNSEL:**

**Christopher M. Jordan**
State Bar No. 24087817
MUNSCH HARDT KOPF & HARR, P.C.
Pennzoil Place
700 Milam Street, Suite 2700
Houston, Texas 77002
Telephone:  (512) 391-6145
Fax:  (713) 222-5868
cjordan@munsch.com

**Christina M. Putman**
SBN: 24013361
FIN: 24426
In House Counsel
Conn's, Inc.
4055 Technology Forest Blvd.
Suite 210
The Woodlands, Texas  77381

## **CERTIFICATE OF SERVICE**

 I hereby certify that on August 4, 2016, a true and correct copy of forgoing document was electronically filed via the Court's CM/ECF filing system and served on all counsel of record.

            */s/ Michael A. Harvey*
            Michael A. Harvey